Pg 1 of 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                     Chapter 11
317 WEST 35TH STREET REALTY LLC,          Case No. 10-14324
                      Debtor.
------------------------------------------------------------x
In re                                                                     Chapter 11
319 WEST 35TH STREET REALTY LLC,          Case No. 10-14325
                      Debtor.
------------------------------------------------------------x
In re                                                                     Chapter 11
529 WEST 48TH STREET REALTY LLC,          Case No. 10-14326
                      Debtor.
------------------------------------------------------------x
In re                                                                     Chapter 11
534 WEST 50TH STREET REALTY LLC,          Case No.  10-14327
                      Debtor.
------------------------------------------------------------x

## FINAL DECREE

Upon the application of each of the above-captioned debtors (the "Debtors") requesting that a final decree be entered and that each of the Chapter 11 cases be closed, and each of the Debtors having substantially consummated the provisions of the Plan of Reorganization confirmed by order dated of this Court; it is

ORDERED,   **SMB 12/28/11**   that the debtors are directed to pay any unpaid **U.S. Trustee fees and**    that the Chapter 11 case each of the Debtor is closed.

Dated: New York, New York
       December 28, 2011

                                            /s/   STUART M. BERNSTEIN
                                            UNITED STATES BANKRUPTCY JUDGE